**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ESTATE OF F.K., AN ALLEGED INCAPACITATED PERSON | : | No. 452 MAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: M.K. | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.  This Court's **STAY**, issued by order dated October 2, 2023, is hereby **VACATED**.